IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PATRICK S. LUCERO,

    Plaintiff,

vs.

CIV. NO. 1:25-cv-01047-KG-JHR

FRANK BISIGNANO,
Commissioner of Social Security,

    Defendant.

## JUDGMENT

Having granted Defendant's Unopposed Motion for Remand to Agency in an Order entered on this date,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

**IT IS SO ORDERED.**

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.